UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WNI 17-020422
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR WELLS FARGO BANK, N.A.

IN RE:

MICHAEL J SCHEAR, DEBTOR

Order Filed on June 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 17-27858-RG

HEARING DATE: MAY 16, 2018

JUDGE: HONORABLE ROSEMARY GAMBARDELLA

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: June 4, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter being opened to the Court by David L. Stevens, attorney for the Debtor, upon the filing of a Chapter 13 Plan, and Wells Fargo Bank, NA, hereinafter "Secured Creditor," by and through its authorized agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolved their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other good cause shown,

1. Debtor will sell real property located at 46 Wheeler Road, Wayne, New Jersey 07470, hereinafter "subject property," within twelve (12) months of Confirmation of the Chapter 13 Plan.

2. Debtor also agrees to make monthly adequate protection payments in the amount of $1,900.00, until the subject property is sold.

3. The sale of the subject property shall be in compliance with U.S.C 1322(b)(2) and shall provide full payment of Secured Creditor's loan securing the subject property.

4. If the Debtor fails to complete a sale of the property within twelve (12) months of confirmation of the Chapter 13 Plan; Debtor must 1) File a Modified Chapter 13 Plan to fully cure all pre-petition and post-petition arrears; 2) File a Modified Chapter 13 Plan to surrender the subject property; or 3) Convert to a Chapter 7 Case.

5. If the Debtor fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor's failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and Debtor as required by the local bankruptcy rules.

6. Creditor agrees this Order resolves Objection to Confirmation of Plan filed on May 3, 2018; ECF Doc. No.: 63.

7. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____          5-30-18
Charles G. Wohlrab, Esquire              Date
Attorney for the Secured Creditor

_____          22 May 2018
David L. Stevens, Esquire                Date
Attorney for the Debtor